

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701, ) ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN SIGN & LIGHTING CO., ) an Illinois corporation, and ) JORDAN UDITSKY, Individually, ) ) Defendants. ) | No.: 12 CV 04330<br><br>JUDGE: Gottschall<br><br>Magistrate Judge: Valdez |

### **MEMORANDUM OF JUDGMENT**

On September 19, 2012, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE PENSION, WELFARE AND VACATION FRINGE BENEFIT FUNDS OF IBEW LOCAL 701and against Defendant, AMERICAN SIGN & LIGHTING CO., an Illinois corporation, in the total amount of $45,495.68

DATED: 9/21/12

ENTER: _____
Honorable Judge Joan B. Gottschall

John F. Etzkorn
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Tel: (312) 236-0415